ANNA R. CROSSIN, Respondent, *v.* JAMES A. WOOLF et al., Defendants, and RALPH A. STEMM, Appellant.

*Crossin* v. *Woolf*, 175 App. Div. 883, affirmed.
(Argued January 11, 1917; decided January 30, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 20, 1916, which reversed an order of Special Term granting a motion by the appellant herein for an order relieving him of his purchase at a sale in foreclosure. The basis of the objection to the title was that the premises which were foreclosed lay in what was formerly the roadbed of a street known as Sixth avenue and were consequently subject to easements in favor of certain owners of premises adjoining the old street. The questions of law involved in the appeal are: (1) Were all easements over the premises in question extinguished when that portion of Sixth avenue on the map of Mount Eden in which the premises are situated became closed and discontinued, and in advance of the making and payment of awards for such closing and discontinuance; and (2) if any easements survived the closing of Sixth avenue, are the defendants barred by the judgment of foreclosure and sale from asserting such easements over the premises involved in this action?

*Robert E. Samuels* for appellant.

*Harold Swain* and *Benjamin G. Bain* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.